IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3048 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY HARLAN WILSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 17), is granted.

2) The defendant is released from federal detention to begin serving his 360-day Lancaster County sentence for conduct related to the above-captioned matter.

DATED this 23rd day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge