IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TONY HARLAN WILSON,<br><br>　　　　Defendant. | 4:11CR3048<br><br>DETENTION ORDER<br><br>PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |

The defendant appeared before me today to enter a guilty plea. A Petition was also filed alleging the defendant had violated the conditions of his release on several occasions. (Filing No. 48). A hearing on the Petition was convened and the defendant admitted the allegations in the Petition. The defendant had a scheduled medical appointment following the plea hearing.

Accordingly,

**IT IS ORDERED,**

1) The defendant is found to be in violation of his conditions of release.

2) The defendant shall be detained until April 30, 2012 as a <u>sanction</u> for his dishonesty when communicating with this court and its officers, thereby violating this court's release order. However, to permit the defendant to attend his scheduled medical appointment, the defendant is allowed to self-surrender to the U.S. Marshal by 1:00 p.m. on April 18, 2012.

3) The hearing on whether the defendant should remain detained pending sentencing <u>because he poses a flight risk or a risk of harm to the public</u> if released will be held on April 30, 2012 at 2:30 p.m. before the undersigned magistrate judge. Counsel and the assigned Pretrial Services officer shall be prepared to address the issues of risk of flight and harm at the hearing. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

April 18, 2012.

BY THE COURT:

*[signature]*
United States Magistrate Judge