IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:11CR3048 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TONY HARLAN WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's motion to strike motion for hearing (filing 84) is granted.

(2) Counsel for the government shall notify the court when the motion for reduction in sentence pursuant to Rule 35(b) (filings 80 and 82) is ripe for decision. The motion shall not be decided until counsel for the government certifies that the motion is ripe.

Dated December 18, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge